MJC:lml 95415 \Pleadings\95415 8 DismStip 12-11-14

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DEBORAH GARCIA, ET AL ) | |
| ) | |
| VS. ) | C.A. NO. 14-33ML |
| ) | |
| CITY OF PROVIDENCE, by and through its ) | |
| Treasurer James J. Lombardi, III, in his Official ) | |
| Capacity, ET AL ) | |

## STIPULATION

All claims, of all plaintiffs, are dismissed with prejudice, no interests, no costs, no fees.

/s/ Mark A. Fay
Mark A. Fay, Esq. #4208
**Attorney for Plaintiffs**
MURPHY & FAY, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903
PHONE: (401) 490-3200
FAX: (401) 490-3207

/s/ Kevin F. McHugh
Kevin F. McHugh, Esq. #3927
**Attorney for Defendant, City of Providence**
PROVIDENCE LAW DEPARTMENT
444 Westminster Street, Suite 220
Providence, RI 02903
PHONE: (401) 680-5333
FAX: (401) 680-5520

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
**Attorney for Defendant, Reposa**
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

DATE: December 11, 2014